

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00081-CV

Joe **REYES**,
Appellant

v.

Christina **GALINDO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01140
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: June 5, 2019

DISMISSED

On May 2, 2019, we issued an order striking the appellant's brief for flagrant briefing defects. We ordered appellant to file an amended brief that complied with the briefing rules by May 17, 2019. Appellant was notified that if such a timely amended brief was not filed, we may proceed as if no brief has been filed and dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.9(a).

Appellant has not complied with our order. *See id.* R. 38.8(a)(1), 42.3(b), (c). Appellant has not filed an amended brief, a motion for an extension of time to file the brief, or any other

written response to this court's prior order. We therefore dismiss this appeal. *See id.* R. 38.8(a)(1), 42.3(b), (c).

PER CURIAM